# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

JAMAL M. AWAD,                                                               PETITIONER

V.                                                     NO. 1:03CR030-WAP

UNITED STATES OF AMERICA,                                RESPONDENT

## FINAL JUDGMENT

In accordance with the opinion issued this day, Petitioner's Motion to Vacate, Sentence Pursuant to 28 U.S.C. § 2255 (docket entry 90) is hereby DENIED, and the cause of action is DISMISSED with prejudice. All remaining pending motions (docket entries 94, 95, 99) are DENIED AS MOOT.

**IT IS SO ORDERED.**

THIS the 19th day of October, 2007.

                                                                              /s/ W. Allen Pepper, Jr.
                                                                              W. ALLEN PEPPER, JR.
                                                                              UNITED STATES DISTRICT JUDGE